```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
TARIQ WILLIAMS,                                                :
                                                               :
                              Plaintiff,                       :
                                                               :        21-cv-08725 (LJL)
              -v-                                              :
                                                               :            ORDER
SAMEK TRUCKING et al.,                                         :
                                                               :
                              Defendants.                      :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/15/2022

LEWIS J. LIMAN, United States District Judge:

      The Court held an initial pretrial conference in this matter on August 15, 2022. At the conference, the Court inquired about the basis for Defendants' assertion in their Notice of Removal that "[t]he amount in controversy exceeds $75,000.00." Dkt. No. 3 at 2. Counsel for Plaintiff represented that Plaintiff does not dispute removal and was seeking more than $75,000.00 in damages. Plaintiff also represented that Plaintiff suffered severe physical injuries from the accident and, as a result of those injuries, has been diagnosed with multiple herniations and undergone surgery. In addition to damages for physical injury, Plaintiff intends to seek damages for pain and suffering and lost earnings. As stated at the conference, the Court is satisfied that there is a "reasonable probability" that Plaintiff's claim for damages meets the amount-in-controversy requirement for diversity jurisdiction. *See Scherer v. Equitable Life Assurance Society of U.S.*, 347 F.3d 349, 397 (2d Cir. 2003) (quoting *Tangkook Am., Inc. v. Shipton Sportswear Co.*, 14 F.3d 781, 784 (2d Cir. 1994)).

SO ORDERED.

Dated: August 15, 2022
       New York, New York                       _____
                                                                      LEWIS J. LIMAN
                                                             United States District Judge